==========================================================================

\* \* \* \* \* *UNITED STATES DISTRICT COURT* \* \* \* \* \*

    *NORTHERN*    **DISTRICT OF**    *NEW YORK*

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO: 7:11-cv-661 (MAD/TWD)**

**ANTHONY J. PETERKIN,**
            **Plaintiff,**

      v.

**CINDY F. INSTSCHERT, and**
**WALTER HAFNER,**
            **Defendant(s).**

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **XX**    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of defendants and against the plaintiff, for failure of plaintiff to comply with the Court's February 7, 2012 Decision and Order directing plaintiff to file an amended complaint within 30 days. ORDERED that the above entitled action be and the same is hereby dismissed without prejudice, in accordance with the Decision and Order signed by, U.S. District Judge Mae A. D'Agostino, on February 7, 2012.

**DATE:**  **March 12, 2012**          *MAE A. D'AGOSTINO*
                                          U.S. District Judge

                                                       s/Britney Norton
                                             By:  _____
                                                           DEPUTY CLERK